**DISMISS; and Opinion Filed February 3, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00292-CV

### IN THE INTEREST OF S.H. AND G.H., Children

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-17707**

## MEMORANDUM OPINION

Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By postcard dated September 19, 2015, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/David Schenck/
DAVID SCHENCK
JUSTICE

140292F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN RE: IN THE INTEREST OF S.H. AND
G.H., CHILDREN

No. 05-14-00292-CV

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-09-17707.
Opinion delivered by Justice Schenck.
Justices Lang and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Amanda Taylor recover her costs of this appeal from appellant Nicholas R. Smith.

Judgment entered this 3rd day of February, 2015.